UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
              Plaintiff,                 )
                                         )
v.                                       )
                                         )
CHRISTOPHER DON WHITE and                )
MICHAEL COREY WILLIAMS, JR.,             )
                                         )
              Defendants.                )

FILED

JAN 11 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**4:17CR020 RLW/SPM**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 25, 2016, in the City of St. Louis within the Eastern District of Missouri,

**CHRISTOPHER DON WHITE and
MICHAEL COREY WILLIAMS, JR.,**

the Defendants herein, acting together, with intent to cause death and serious bodily harm,

attempted to take from the person and presence of another, by force, violence, and intimidation, a

motor vehicle, that is, a 2010 Audi S5, vehicle identification number ("VIN")

WAUCVAFR0AA027993, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under

Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 25, 2016, in the City of St. Louis within the Eastern District of Missouri,

**CHRISTOPHER DON WHITE and
MICHAEL COREY WILLIAMS, JR.,**

the Defendants herein, acting together, knowingly possessed and brandished a firearm, in

furtherance of a crime of violence for which they may be prosecuted in a court of the United States,

that is, attempted armed carjacking, in violation of Title 18, United States Code, Section 2119, as

set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable

under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL


_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____

SAYLER A. FLEMING, #58775MO
Assistant United States Attorney